IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY LEE COOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 8:04CV614-RGK-DLP<br><br>**ORDER FOR EXTENSION OF TIME** |

　　UPON Defendant's Unopposed Motion for Extension of Time for Defendant to Submit its Motion for Summary Judgment (filing number 18);

　　AND for good cause shown,

　　IT IS HEREBY ORDERED that Defendant's motion is granted. Defendant shall have through July 2, 2005 to file its motion for summary judgment.

　DATED this 27th day of April, 2005.

　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　s/ *David L. Piester*

　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　United States Magistrate Judge