FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 29  PM 2: 28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY LEE COOK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 8:04CV614-RGK-DLP<br><br>**ORDER FOR EXTENSION OF TIME** |

UPON Defendant's Unopposed Motion for Extension of Time (filing number 20 );

AND for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is granted. Defendant shall have through July 15, 2005 to respond to the Complaint.

DATED this 29th day of June, 2005.

BY THE COURT:

_____
DAVID L. PIESTER
UNITED STATES MAGISTRATE JUDGE