IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANNY LEE COOK,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

Civil Action No. 8:04CV614-RGK-DLP

**ORDER FOR EXTENSION OF TIME**

UPON Defendant's Motion for Extension of Time (filing number 22);

AND for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is granted. Defendant shall have through August 3, 2005 to respond to the Complaint.

DATED this 19th day of July, 2005

       BY THE COURT

       s/ *David L. Piester*

       David L. Piester
       United States Magistrate Judge