IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY LEE COOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 8:04CV614-RGK-DLP<br><br>**ORDER FOR EXTENSION OF TIME** |

UPON Defendant's Unopposed Motion for Extension of Time (filing number 24);

AND for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is granted.  Defendant shall have through August 31, 2005 to file its dispositive motion.

DATED this 2nd day of August, 2005

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge