IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY LEE COOK, | ) | 8:04CV614 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation (filing 26) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

August 19, 2005.          BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge